# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00431-CV

### In re Commitment of A. B.

### FROM THE COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY
### NO. 23-0152M, THE HONORABLE JOHN B. MCMASTER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on August 29, 2023.  On September 12, 2023, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by September 22, 2023, would result in the dismissal of this appeal for want of prosecution.  To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Kelly and Theofanis

Dismissed for Want of Prosecution

Filed:  October 4, 2023